154 A.3d 675

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER,
v. JOHN TORRES (A/K/A JOSE ROSALES),
DEFENDANT-RESPONDENT.

October 14, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000625-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 675

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MARVIN FLORES-GAMEZ (A/K/A MARVIN FLOREZ GAMEZ, MARVIN FLOREZ, AND MARVIN FLORES-GAMES), DEFENDANT-PE-TITIONER.

October 14, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004345-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.